**Electronically Filed
Supreme Court
SCPW-16-0000088
15-MAR-2016
01:23 PM**

SCPW-16-0000088

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

YURIE YAMANO, Petitioner,

vs.

THE HONORABLE RHONDA A. NISHIMURA, Judge of the Circuit Court of the First Circuit, State of Hawai'i, Respondent Judge,

and

DOCTOR KEIICHI KOBAYASHI and DOCTOR KATIE HUANG, Respondents.

ORIGINAL PROCEEDING
(CIVIL NO. 14-1-2135-10)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, J.J.)

Upon consideration of petitioner Yurie Yamano's petition for writ of mandamus, filed on February 17, 2016, and the record, it appears that judgment was entered in the underlying case on August 20, 2015. Petitioner fails to demonstrate that she is entitled to mandamus relief. See Kema v. Gaddis, 91 Hawai'i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is meant to restrain a judge of an inferior court who has exceeded

his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, March 15, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2